**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

March 19, 2008

**Laurence Wayne Paradis**
Disability Rights Advocates
2001 Center Street, 3rd Floor
Berkeley, CA 94704-1204

    **Re: C 08-00722** EDL
    **LORI GRAY** v. **GOLDEN GATE NATIONAL RECREATIONAL AREA**

Dear Counsel:

    This matter has been assigned to Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of the file discloses that the Consent to Proceed Before a United States Magistrate has not been filed in this case. Please select one of the attached forms documenting your consent or request for reassignment and file it with the Court by March 31, 2008**.** These forms can also be found on the Court's website at www.cand.uscourts.gov.

    Thank you.

                                   RICHARD W. WIEKING

                                By: _____/s/_____
                                      Lili M. Harrell
                                      Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**LORI GRAY**

       Plaintiff(s),                     No. C **08-00722** EDL

    v.                                **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**GOLDEN GATE NATIONAL RECREATIONAL AREA**

       Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____   _____
                                          Signature

                                          Counsel for _____
                                          (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**LORI GRAY**

        Plaintiff(s),                        No. C **08-00722** EDL

                                    **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

    v.                                 **AND**
                                    **REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE**,

**GOLDEN GATE NATIONAL RECREATIONAL AREA**

        Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

      The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____              _____
                                                                Signature

                                                               Counsel for _____
                                                                (Name or party or indicate "pro se")