United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI GRAY

    Plaintiff(s),

No. CV08-00722 EDL

    v.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**GOLDEN GATE NATIONAL RECREATIONAL AREA**

    Defendant(s).

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 3, 2008

Signature

Counsel for _Plaintiffs, Gray et al_
(Name or party or indicate "pro se")

2