1  LAURENCE PARADIS (STATE BAR NO. 122336)
   JULIA PINOVER (STATE BAR NO. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center St., Third Floor
3  Berkeley, CA 94704
   Telephone:     (510) 665-8644
4  Facsimile:     (510) 665-8511
   TTY:           (510) 665-8716
5  Email:         general@dralegal.org

6  Attorneys for Plaintiffs

7  ABRAHAM SIMMONS (STATE BAR NO. 146400)
   OFFICE OF THE UNITED STATES ATTORNEY
8  450 Golden Gate Avenue
   San Francisco, CA 94102
9  Telephone:     (415) 436-7264
10 Facsimile:     (415) 436-7169
   Email:         Abraham.simmons@usdoj.gov
11
   Attorneys for Defendants
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17

| | |
|---|---|
| 18  LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No.  CV 08 0722<br><br>**STIPULATION RE: LEAVE TO FILE SECOND AMENDED COMPLAINT, DATE FOR FILING RESPONSIVE PLEADING AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE;**<br>**[PROPOSED] ORDER** |

Whereas, the parties recognize that the United States has not waived its sovereign immunity for claims for damages under the Rehabilitation Act of 1973;

Whereas, the current Amended Complaint includes a claim for damages; and

Whereas, the parties agree that a serious effort should be made to resolve the issues presented by this lawsuit prior to litigating them;

The undersigned parties therefore, by and through their counsel of record, hereby request that the Court Order as follows:

1. That Plaintiffs be granted leave to file the attached Second Amended Complaint which, among other things, removes the asserted damages claim;

2. That the parties attend a settlement conference with a magistrate judge;

3. That the court order defendants to file an appropriate response to the Second Amended Complaint within 21 days after the settlement conference.

4. That the Initial Case Management Conference is hereby taken off calendar and will be rescheduled to take place within 35 days of the settlement conference.

IT IS SO STIPULATED.

DATED: April 23, 2008            OFFICE OF THE UNITED STATES ATTORNEY

_____ /J.P.
Abraham Simmons
Attorney for Defendants

DATED: April 23, 2008            DISABILITY RIGHTS ADVOCATES

_____
Julia M. Pinover
Attorney for Plaintiffs

**(Proposed) ORDER**

IT IS SO ORDERED.

Dated: _____            _____
HONORABLE ELIZABETH D. LAPORTE
U.S. DISTRICT COURT MAGISTRATE JUDGE

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08 0722
STIPULATION RE: APPLICATION OF GENERAL ORDER 56 TO SECTION 504 OF THE REHABILITATION ACT OF 1973, REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, AND [PROPOSED] ORDER.