UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lori Gray, Peter Mendoza and Ann Sieck

CASE NO. 08 0722

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Golden Gate national Recreational Area,
Brian O'Neill, General Superintendent of
Golden Gate National Recreational Area in ⊞

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  May 13, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Abraham A. Simmons, AUSA | Federal Defendants | 415-436-7264 | abraham.simmons@usdoj.gov |
| Laurence Paradis | Plaintiffs | 510-665-8644 x116 | lparadis@dralegal.org |
| Julia Pinover | Plaintiffs | 510-665-8644 x128 | jpinover@dralegal.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 23, 2008

/s/
Attorney for Plaintiff

Dated: April 23, 2008

ASimmons
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."