UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lori Gray, Peter Mendoza, and Ann
Sieck, on behalf of themselves and others
similarly situated    Plaintiff(s),

Case No. CV 08 0722

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Golden Gate National Recreational Area,
Brian O'Neill in his official capacity,
Mary Bomar in her   Defendant(s).
official capacity, National Parks Service /

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 23, 2008
April 23, 2008
April 23, 2008

Lori Gray /s/
Peter Mendoza /s/
Ann Sieck /s/
[Party]

Dated: April 23, 2008

/s/
[Counsel]
Julia Pinover, Atty for Plaintiffs.

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05