```
 1  LAURENCE PARADIS (STATE BAR NO. 122336)
    JULIA PINOVER (STATE BAR NO. 255088)
 2  DISABILITY RIGHTS ADVOCATES
    2001 Center St., Third Floor
 3  Berkeley, CA 94704
    Telephone:   (510) 665-8644
 4  Facsimile:   (510) 665-8511
    TTY:         (510) 665-8716
 5  Email:       general@dralegal.org

 6  Attorneys for Plaintiffs

 7  ABRAHAM SIMMONS (STATE BAR NO. 146400)
    OFFICE OF THE UNITED STATES ATTORNEY
 8  450 Golden Gate Avenue
    San Francisco, CA 94102
 9  Telephone:   (415) 436-7264
10  Facsimile:   (415) 436-7169
    Email:       Abraham.simmons@usdoj.gov
11
    Attorneys for Defendants
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No. CV 08 0722<br><br>**STIPULATION RE: LEAVE TO FILE SECOND AMENDED COMPLAINT, DATE FOR FILING RESPONSIVE PLEADING AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE;** AMENDED **[PROPOSED] ORDER** |

1    Whereas, the parties recognize that the United States has not waived its sovereign
2 immunity for claims for damages under the Rehabilitation Act of 1973;
3    Whereas, the current Amended Complaint includes a claim for damages; and
4    Whereas, the parties agree that a serious effort should be made to resolve the issues
5 presented by this lawsuit prior to litigating them;
6    The undersigned parties therefore, by and through their counsel of record, hereby request
7 that the Court Order as follows:
8    1.    That Plaintiffs be granted leave to file the attached Second Amended Complaint
9 which, among other things, removes the asserted damages claim;
10    2.    That the parties attend a settlement conference with a magistrate judge;
11    3.    That the court order defendants to file an appropriate response to the Second
12 Amended Complaint within 21 days after the settlement conference.
13    4.    That the Initial Case Management Conference is hereby ~~taken off calendar and~~
14 ~~will be rescheduled to take place within 35 days of the settlement conference.~~ continued to August 5, 2008 at 10:00 a.m. The parties may request to reschedule that date closer to that time.
15 IT IS SO STIPULATED.

16
17 DATED: April 23, 2008        OFFICE OF THE UNITED STATES ATTORNEY
18        _____
         Abraham Simmons
         Attorney for Defendants
19
20 DATED: April 23, 2008        DISABILITY RIGHTS ADVOCATES
21        _____
         Julia M. Pinover
22        Attorney for Plaintiffs

23        **(Proposed) ORDER**
24
25        IT IS SO ORDERED.
26        April 24, 2008
   Dated: _____
27                            _____
                             HONORABLE ELIZABETH D. LAPORTE
28                           U.S. DISTRICT COURT MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08 0722
**STIPULATION RE: APPLICATION OF GENERAL ORDER 56 TO SECTION 504 OF THE REHABILITATION ACT OF 1973, REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, AND [PROPOSED] ORDER.**

1