IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI GRAY, | No. C-08-00722 (EDL) |
| Plaintiff, | **ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |
| v. | |
| GOLDEN GATE NATIONAL RECREATIONAL AREA, | |
| Defendant. | |

This case is hereby referred to the Honorable Edward M. Chen for a settlement conference in July. Judge Chen's chambers will notify the parties about the settlement conference schedule.

**IT IS SO ORDERED.**

Dated: April 28, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge