**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LORI GRAY, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 3:08cv722 (EDL) |
| GOLDEN GATE NATIONAL RECREATION AREA, ET AL., | ) |
| Defendant. | ) |

**FEDERAL DEFENDANT'S NOTICE OF ATTORNEY APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please withdraw Abraham Simmons as counsel for the Defendants and enter the appearance of Heather Phillips as lead counsel for the Defendants in the above-captioned action.

Respectfully submitted,

_____/s/_____
HEATHER PHILLIPS, CA BAR # 91620
Trial Attorney
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7222
Washington, DC  200001
(Tel) 202-616-0679
(Fax) 202-616-8470
Heather.phillips@usdoj.gov