1  LAURENCE PARADIS (STATE BAR NO. 122336)
   JULIA PINOVER (STATE BAR NO. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center St., Third Floor
3  Berkeley, CA 94704
   Telephone:  (510) 665-8644
4  Facsimile:  (510) 665-8511
   TTY:        (510) 665-8716
5  Email:      general@dralegal.org

6  Attorneys for Plaintiffs

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No. CV 08 0722<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1
2
3      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
4  named parties, no such interest is known other than that of the named plaintiffs to the action and
5  similarly situated persons with like claims.
6
7
8
9  DATED: May 7, 2008          DISABILITY RIGHTS ADVOCATES
10                                          _____
11                             Julia M. Pinover
                               Attorney for Plaintiffs
12
13
...
28

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08 0722
**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**

1