1  LAURENCE PARADIS (STATE BAR NO. 122336)
   JULIA PINOVER (STATE BAR NO. 255088)
2  DISABILITY RIGHTS ADVOCATES
   2001 Center St., Third Floor
3  Berkeley, CA 94704
   Telephone:    (510) 665-8644
4  Facsimile:    (510) 665-8511
   TTY:          (510) 665-8716
5  Email:        general@dralegal.org

6  Attorneys for Plaintiffs

7  HEATHER PHILLIPS (STATE BAR NO. 91620)
   Department of Justice
8  Federal Programs Branch
9  20 Massachusetts Ave., N.W., Room 7222
   Washington, DC 200001
10 Telephone: (202) 616-0679
   Facsimile: (202) 616-8470
11 Email: Heather.phillips@usdoj.gov

12 Attorneys for Defendants.

13
14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16              SAN FRANCISCO DIVISION
17
18

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated, | Case No. CV 08 0722 |
| Plaintiffs, | **STIPULATION RE: ADJOURNMENT OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity, | |
| Defendants. | |

1  Whereas, the parties are scheduled to appear before Magistrate Judge Chen on July 18, 2008 for an ADR conference and seek an adjournment of the Initial Case Management Conference before this Court,

The undersigned parties, by and through their counsel of record, hereby request that the Court Order as follows:

1. That the Initial Case Management Conference is hereby continued to August 26, 2008 at 10:00 a.m.;

2. That the Parties' Rule 26(a) initial disclosures and CMC Statements must be submitted at least 14 days prior to that date.

IT IS SO STIPULATED.

DATED: May 7, 2008        DEPARTMENT OF JUSTICE

/s/Heather Phillips (with approval)

Heather Phillips
Attorney for Defendants

DATED: May 7, 2008        DISABILITY RIGHTS ADVOCATES

/s/Julia Pinover

Julia M. Pinover
Attorney for Plaintiffs

**(Proposed) ORDER**

IT IS SO ORDERED.

Dated: _____        _____
                              HONORABLE ELIZABETH D. LAPORTE
                              U.S. DISTRICT COURT MAGISTRATE JUDGE

---

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08 0722
STIPULATION RE: APPLICATION OF GENERAL ORDER 56 TO SECTION 504 OF THE REHABILITATION ACT OF 1973, REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, AND [PROPOSED] ORDER.