LAURENCE PARADIS (STATE BAR NO. 122336)
JULIA PINOVER (STATE BAR NO. 255088)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511
TTY:              (510) 665-8716
Email:            general@dralegal.org

Attorneys for Plaintiffs

HEATHER PHILLIPS (STATE BAR NO. 91620)
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7222
Washington, DC 200001
Telephone: (202) 616-0679
Facsimile: (202) 616-8470
Email: Heather.phillips@usdoj.gov

Attorneys for Defendants.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No. CV 08 0722<br><br>**STIPULATION RE: ADJOURNMENT OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1  Whereas, the parties are scheduled to appear before Magistrate Judge Chen on July 18, 2008 for an ADR conference and seek an adjournment of the Initial Case Management Conference before this Court,

The undersigned parties, by and through their counsel of record, hereby request that the Court Order as follows:

1. That the Initial Case Management Conference is hereby continued to August 26, 2008 at 10:00 a.m.;

2. That the Parties' Rule 26(a) initial disclosures and CMC Statements must be submitted at least 14 days prior to that date.

IT IS SO STIPULATED.

DATED: May 7, 2008    DEPARTMENT OF JUSTICE

/s/Heather Phillips (with approval)

Heather Phillips
Attorney for Defendants

DATED: May 7, 2008    DISABILITY RIGHTS ADVOCATES

/s/Julia Pinover

Julia M. Pinover
Attorney for Plaintiffs

(Proposed) ORDER

IT IS SO ORDERED.

Dated: May 9, 2008

HONORABLE
U.S. DISTRICT

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

---

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08-0722
STIPULATION RE: APPLICATION OF GENERAL ORDER 56 TO SECTION 504 OF THE REHABILITATION ACT OF 1973, REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT, AND [PROPOSED] ORDER.

1