# In the United States District Court
# for the Northern District of California

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:** July 18, 2008

**Court Reporter:** Not Recorded

**Case No.:** C-08-0722 EDL (EMC)

**Case Name:** Lori Gray, et al. v. Golden Gate National Recreational Area, et al.

**Counsel:**
**Plf:** Laurence W. Paradis          **Def:** Heather Phillips
Julia Pinover
Katherine Weed

**Outcome of Settlement Conference:**

| _____ | Settled |
| _____ | Partial settlement |
| ___X___ | Did not settle |
| _____ | Other: |

**Notes:** Further Settlement Conference scheduled for September 11, 2008 at 9:30 a.m.; Court to issue scheduling order.

**Time:** 4.0 hours

/s/
Leni Doyle, Deputy Clerk

cc:     EMC, EDL