1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

8    LORI GRAY, *et al.*,                                    No. C-08-0722 EDL (EMC)

9              Plaintiffs,

**NOTICE AND ORDER SETTING**
10    v.                                                      **FURTHER SETTLEMENT**
                                                              **CONFERENCE**
11    GOLDEN GATE NATIONAL
      RECREATIONAL AREA, *et al.*,

12

              Defendants.
13    _____/

14

15        TO ALL PARTIES AND COUNSEL OF RECORD:

16        You are hereby notified that the Further Settlement Conference originally scheduled for

17    September 11, 2008 at 9:30 a.m. (*see* Docket No. 20, Settlement Conference Minutes of July 18,

18    2008), has been changed and is scheduled for **August 26, 2008, at 1:00 p.m.**, Courtroom C, 15th

19    Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

20        Lead counsel who will try the case shall appear at the Further Settlement Conference with

21    the parties and with the person or persons having full authority to negotiate and to settle the case.

22    The parties include both Defendant National Park Service and Defendant U.S. Department of

23    Interior.  Persons with full authority for each of the affected agencies, including Defendant U.S.

24    Department of Justice, shall be available by phone.

25        ♦    **Brief, Further Settlement Conference statements shall be lodged by hard copy**

26            **only with Judge Chen's Chambers by August 19, 2008.  Statements shall not be**

27            **electronically filed.**

28

**United States District Court**
For the Northern District of California

1    All other provisions of this Court's original Notice of Settlement Conference and Settlement

2  Conference Order shall remain in effect.

3    The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at

4  (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

5

6    IT IS SO ORDERED.

7

8  Dated:  August 4, 2008

9    _____
   EDWARD M. CHEN
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2