LAURENCE PARADIS (STATE BAR NO. 122336)
JULIA PINOVER (STATE BAR NO. 255088)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

Attorneys for Plaintiffs.

HEATHER PHILLIPS (STATE BAR NO. 91620)
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7222
Washington, DC 200001
Telephone: (202) 616-0679
Facsimile: (202) 616-8470
Email: Heather.phillips@usdoj.gov

Attorneys for Defendants.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No. CV 08 0722<br><br>**STIPULATION RE: ADJOURNMENT OF CASE MANAGEMENT CONFERENCE AND STAY OF LITIGATION; [PROPOSED] ORDER** |

1  Whereas, the parties appeared before Magistrate Judge Chen on July 18, 2008, for an
2  ADR conference in this matter, and after discussions with Magistrate Judge Chen the parties
3  have agreed to negotiate the terms of a Memorandum of Understanding related to possible future
4  settlement of this matter;

5  Whereas the parties are scheduled to appear before Magistrate Judge Chen on August 26,
6  2008 for a second ADR conference;

7  Whereas, Defendants are in the process of assessing what alterations may be appropriate
8  to facilitate access by individuals with disabilities to Golden Gate National Recreation Area, and
9  expects the results of such assessment to be available in five or more phases, with the phase I and
10 II assessment process expected to be completed by the end of 2008;

11 Whereas, Plaintiffs and Defendants have agreed that it would facilitate their efforts to
12 resolve and settle their differences without the need for further litigation and to narrow
13 substantially any issues that would need to be resolved by the Court if the parties defer further
14 litigation until after they have had an opportunity to review, analyze, and discuss assessment
15 results, and negotiate implementation of any assessments;

16 Whereas the parties intend to conduct such negotiation in stages corresponding with the
17 assessment phases; and expect to complete negotiations over the phase I and II stages by the end
18 of the Summer of 2009;

19 The parties hereby seek adjournment of the Case Management Conference currently
20 scheduled for August 26, 2008 at 10:00 a.m. before this Court, and a stay of the pending
21 litigation during the assessment and negotiation process.

22 The undersigned parties, by and through their counsel of record, hereby request that the
23 Court Order as follows:

24  1.  That the Initial Case Management Conference scheduled for August 26, 2008 at
25 10:00 a.m. is adjourned until further order;

26  2.  That the Parties' Rule 26(a) initial disclosures and CMC Statements do not need
27 to be submitted at this time and are adjourned until further order;

28

*Gray, et al. v. Golden Gate National Recreational Area,* **Case No.: CV 08 0722**
**STIPULATION RE: ADJOURNMENT OF CASE MANAGEMENT CONFERENCE AND STAY OF LITIGATION, AND [PROPOSED] ORDER.**

1

3. That there is a stay of the proceedings until further order, with the parties to provide the Court with a joint status report within 120 days after the assessment and negotiation process has been completed for the first and second phases.

IT IS SO STIPULATED.

DATED: August 11, 2008             DEPARTMENT OF JUSTICE

                                   /s/
                                   _____
                                   Heather Phillips
                                   Attorney for Defendants

DATED: August 11, 2008             DISABILITY RIGHTS ADVOCATES

                                   _____
                                   Julia M. Pinover
                                   Attorney for Plaintiffs

                                   **(Proposed) ORDER**

  IT IS SO ORDERED.

Dated: _____                  _____
                                   HONORABLE ELIZABETH D. LAPORTE
                                   U.S. DISTRICT COURT MAGISTRATE JUDGE

---

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08 0722
STIPULATION RE: ADJOURNMENT OF CASE MANAGEMENT CONFERENCE AND STAY OF LITIGATION, AND [PROPOSED] ORDER.