

**DISABILITY RIGHTS ADVOCATES**
A non-profit corporation

2001 Center Street, Fourth Floor
Berkeley, CA 94704-1204
Phone (510) 665-8644
Fax (510) 665-8511
TTY (510) 665-8716
www.dralegal.org

BOARD OF DIRECTORS
William F. Alderman
  *Orrick, Herrington & Sutcliffe*
Leslie Aoyama
  *Nordstrom*
Shelley Bergum
  *California Communications Access Foundation*
Peter Blanck
  *Burton Blatt Institute*
Mark A. Chavez
  *Chavez & Gertler LLP*
Linda Dardarian
  *Goldstein, Demchak, Baller, Borgen & Dardarian*
Benjamin Foss
  *Intel Corporation*
Lucy Lee Helm
  *Starbucks Coffee Company*
Bonnie Lewkowicz
  *Access Northern California*
Laurence Paradis
  *Disability Rights Advocates*
Walter Park
  *Access Consultant*
Anne E. Schneider
  *LD Access Foundation, Inc.*
Todd Schneider
  *Schneider & Wallace*
Michael P. Stanley
  *Legal Consultant*
Liane Chie Yasumoto
  *Culture! Disability! Talent!*

ATTORNEYS AND FELLOWS
Laurence Paradis
  *Executive Director*
Sid Wolinsky
  *Litigation Director*
Melissa Kasnitz
  *Managing Attorney*
Katherine Weed
  *Staff Attorney*
  *(Admitted in MI and MA only)*
Kevin Knestrick
  *Staff Attorney*
Mary-Lee Kimber
  *Staff Attorney*
Kasey Corbit
  *Staff Attorney*
Ronald Elsberry
  *Of Counsel*
Stephanie Biedermann
  *Arthur Liman Fellow*
Julia Pinover
  *David Boies / LD Access Fellow*

ADVISORY BOARD
Joseph Cotchett
  *Cotchett, Pitre & McCarthy*
Hon. Joseph Grodin
  *Retired Justice, Calif. Supreme Court*
Kathleen Hallberg
  *Ziffren, Brittenham & Branca*
Karen Kaplowitz
  *New Ellis Group*
Hon. Charles Renfrew
  *Retired, United States District Judge*
Margaret R. Roisman
  *Roisman Henel LLP*
Guy T. Saperstein
Fernando M. Torres-Gil, Ph.D.
  *University of Calif. Los Angeles*
Gerald Uelmen
  *Santa Clara University School of Law*

August 11, 2008

Magistrate Judge Chen
450 Golden Gate Ave., 15th Floor
San Francisco, CA 94102

**RE: *Lori Gray, et al. v. Golden Gate National Recreation Area, et al.* (Case No. C 08 0722)**

Dear Judge Chen:

Plaintiffs request that Mr. Peter Mendoza, a plaintiff in the above captioned case, be formally excused from attending the Settlement Conference on August 26, 2008. Mr. Mendoza serves on the California Rehabilitation Appeals Board and has a hearing the afternoon of August 26, 2008 that poses an unavoidable conflict. This hearing was set over a month ago, and Mr. Mendoza's presence at that hearing is crucial. Mr. Mendoza will be in cell phone communication with Counsel and his interests will be represented at the Settlement Conference by Plaintiffs Counsel. Per your order, Plaintiffs' Counsel has obtained full authority to negotiate and settle this matter on behalf of Mr. Mendoza in his absence. Thank you for your consideration.

Sincerely,

Larry Paradis
Executive Director
Disability Rights Advocates

Cc: Heather Phillips (*via US Mail*)