LAURENCE PARADIS (STATE BAR NO. 122336)
JULIA PINOVER (STATE BAR NO. 255088)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

*Attorneys for Plaintiffs.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No.  CV 08 0722<br><br>**[Proposed] Order Excusing Peter Mendoza from August 26, 2008 Settlement Conference**<br><br>Judge: Magistrate Judge Chen<br>Conference Date:  August 26, 2008<br>Conference Time:  1:00pm<br>Location: 450 Golden Gate Ave,<br>            Courtroom C |

1  Whereas, the parties are scheduled to appear before Magistrate Judge Chen on August 26,
2  2008 for a Settlement Conference and all parties have been ordered to appear.
3  Whereas, Plaintiff Peter Mendoza has shown good cause to be excused from attending
4  the Settlement Conference.
5  Whereas Plaintiffs Counsel has given adequate assurances to the Court that Counsel has
6  full authority to negotiate and settle the above captioned matter.

8  IT IS SO ORDERED THAT PLAINTIFF PETER MENDOZA IS EXCUSED FROM
9  ATTENDING THE AUGUST 26, 2008 SETTLEMENT CONFERENCE.

**(Proposed) ORDER**

IT IS SO ORDERED.

Dated: _____

HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

---

*Gray, et al. v. Golden Gate National Recreational Area,* **Case No.: CV 08 0722**
**[Proposed] Order Excusing Peter Mendoza from August 26, 2008 Settlement Conference**

1