# In the United States District Court
# for the Northern District of California

Settlement Conference Minutes
U.S. Magistrate Judge Edward M. Chen

**Date:**   August 26, 2008

**Court Reporter:**   Not Recorded

**Case No.:**   C-08-0722 EDL (EMC)

**Case Name:**   Lori Gray, et al. v. Golden Gate National Recreational Area, et al.

**Counsel:**
**Plf:**   Laurence W. Paradis              **Def:**   Heather Phillips
Ronald Elsberry

**Outcome of Settlement Conference:**

|          |                    |
|----------|--------------------|
| _____   | Settled            |
| _____   | Partial settlement |
|   X      | Did not settle     |
| _____   | Other:             |

**Notes:** Further Settlement Conference, to be held telephonically, scheduled for February 3, 2009, at 1:30 p.m. (Pacific Time); Court to issue scheduling order.

**Time:** 2.75 hours

                                                    /s/
                                            Leni Doyle, Deputy Clerk

cc:   EMC, EDL