LAURENCE PARADIS (STATE BAR NO. 122336)
RONALD ELSBERRY (STATE BAR NO. 130880)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

Attorneys for Plaintiffs.

HEATHER PHILLIPS CA BAR # 91620
NICHOLAS CARTIER CA BAR #235858
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone: (202) 616-8351
Facsimile: (888) 368-9662
Email: Nicholas.cartier@usdoj.gov

Attorneys for Defendants.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,<br><br>Defendants. | Case No. CV 08 0722<br><br>**JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION;**<br>[PROPOSED] ORDER   AS MODIFIED |

|   |   |
|---|---|
| 1 | On August 11, 2008, the Court granted the parties' joint stipulation for an adjournment of |
| 2 | the case management conference and a stay of the litigation, and further ordered that the parties |
| 3 | file a joint status report on January 5, 2008.  Plaintiffs and Defendants hereby provide the Court |
| 4 | with the following joint status report, and further stipulate to a continued stay of the proceedings. |
| 5 | Whereas, the parties appeared before Magistrate Judge Chen on August 26, 2008, for a |
| 6 | second ADR conference; |
| 7 | Whereas, following the August 26, 2008 ADR conference before Magistrate Judge Chen, |
| 8 | the parties finalized the terms of a stay, and memorialized these terms in a signed Memorandum |
| 9 | of Understanding ("MOU"), a copy of which is attached hereto; |
| 10 | Whereas, the MOU contemplates Defendants' assessment of the facilities, programs and |
| 11 | policies concerning accessibility of the Golden Gate National Recreation Area ("GGNRA"), |
| 12 | followed by preparation of plans to address assessment findings, if any, and expect the results of |
| 13 | such assessments and plans to be available in six phases, with Phases I and II to be completed in |
| 14 | June of 2009, and the final assessment and planning of Phase VI to be completed in early 2012; |
| 15 | Whereas the MOU contemplates that, in the event the Parties agree upon the final form of |
| 16 | the Transition Plan (as defined in I.F. of the MOU) for each phase, the parties will seek to reach |
| 17 | agreement on a partial class settlement concerning the specific GGNRA facilities, programs |
| 18 | and/or policies assessed in the pertinent Transition Plan, and to submit these partial agreements |
| 19 | to the Court for approval on a phased basis; |
| 20 | Whereas, Plaintiffs and Defendants continue to agree that it would facilitate their efforts |
| 21 | to resolve and settle their differences without the need for further litigation and to narrow |
| 22 | substantially any issues that would need to be resolved by the Court if the parties defer further |
| 23 | litigation until after they have had an opportunity to review, analyze, and discuss the results of |
| 24 | the assessments and plans related to GGNRA, as contemplated in the MOU; |
| 25 | Whereas, the assessment and planning related to Phases I and II is expected to be |
| 26 | completed by June of 2009; |
| 27 |   |
| 28 |   |

*Gray, et al. v. Golden Gate National Recreational Area*, Case No.: CV 08 0722
JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION, AND [PROPOSED] ORDER.

1

Whereas, upon completion of the assessment and planning related to Phases I and II in June of 2009, Plaintiffs and Defendants have agreed to negotiate the resolution of their differences, if any, and attempt to settle claims related to Phases I and II;

Whereas Magistrate Judge Chen continues to oversee progress of this settlement process, and has scheduled a telephonic status call for February 3, 2009;

The parties hereby seek a continued stay of the pending litigation during the assessment, planning, and negotiation process outlined above.

The undersigned parties, by and through their counsel of record, hereby request that the Court Order as follows:

That there is a continued stay of the proceedings until further order, with the parties to provide the Court with a joint status report ~~within 60 days after the assessment, planning, and negotiation process has been completed for Phases I and II~~. no later than August 31, 2009.

IT IS SO STIPULATED.

DATED: January 5, 2008          DEPARTMENT OF JUSTICE

                                /s/ Nicholas Cartier
                                _____
                                Nicholas Cartier
                                Attorney for Defendants

DATED: January 5, 2008          DISABILITY RIGHTS ADVOCATES

                                /s/ Ronald Elsberry
                                _____
                                Ronald Elsberry
                                Attorney for Plaintiffs

                                ~~(Proposed)~~ ORDER

IT IS SO ORDERED.

Dated: January 6, 2009
                                _____
                                HONORABLE ELIZABETH D. LAPORTE
                                U.S. DISTRICT COURT JUDGE

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]

---

*Gray, et al. v. Golden Gate National Recreational Area*, Case No. CV 08 0722
JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION, AND [PROPOSED] ORDER.

2