UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI GRAY, *et al.*,

        Plaintiffs,

   v.

GOLDEN GATE NATIONAL RECREATIONAL AREA, *et al.*,

        Defendants.
_____/

No. C-08-0722 EDL (EMC)

**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference, to be held telephonically, is scheduled for **July 14, 2009, at 1:30 p.m.**, before Magistrate Judge Edward M. Chen.

Lead counsel who will try the case shall appear at the Further Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. The Court shall initiate the conference call. Counsel shall submit the names and phone numbers of the persons participating in the conference call to Judge Chen by July 7, 2009 via facsimile, (415) 522-4200.

- ♦ **Further Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by July 7, 2009.  Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for Further Settlement Conference.

IT IS SO ORDERED.

Dated: February 9, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge