LAURENCE PARADIS (CA BAR NO. 122336)
RONALD ELSBERRY (CA BAR NO. 130880)
BECCA VON BEHREN (CA BAR NO. 262149)
DISABILITY RIGHTS ADVOCATES
2001 Center St., Third Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

Attorneys for Plaintiffs.

HEATHER R. PHILLIPS CA BAR #191620
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 200001
Telephone: (202) 616-0679
Facsimile: (800) 284-0157
Email: heather.phillips@usdoj.gov

Attorneys for Defendants.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,

Plaintiffs,

v.

GOLDEN GATE NATIONAL RECREATIONAL AREA, BRIAN O'NEILL, General Superintendent of Golden Gate National Recreational Area in his official capacity, NATIONAL PARK SERVICE, and MARY BOMAR, Director of the National Park Service, in her official capacity,

Defendants.

Case No. CV 08 0722

**JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION; [~~PROPOSED~~] ORDER**

On August 11, 2008, the Court granted the parties' joint stipulation for an adjournment of the case management conference and a stay of the litigation, and further ordered that the parties file a joint status report on January 5, 2009. On January 6, 2009, upon reviewing that joint status report, the Court granted the parties' joint stipulation for a continued stay of proceedings pending further order, and directed the parties to provide the Court with a joint status report no later than August 31, 2009. Plaintiffs and Defendants hereby provide the Court with the following joint status report, and further stipulate to a continued stay of the proceedings.

The parties appeared before Magistrate Judge Chen on August 26, 2008, for a second ADR conference. Following the August 26, 2008 ADR conference before Magistrate Judge Chen, the parties finalized the terms of a stay, and memorialized these terms in a signed Memorandum of Understanding ("MOU").

The MOU contemplates Defendants' assessment of necessary alterations, if any, that may be appropriate to facilitate access by individuals with disabilities to Golden Gate National Recreation Area ("GGNRA"), followed by preparation of plans to address assessment findings, if any, with the results of such assessments and plans to be available in six phases, with Phases I and II draft Transition Plans to be completed in June of 2009, and the final assessment and planning of Phase VI to be completed in early 2012. The MOU also contemplates that, in the event the parties agree upon the final form of a Transition Plan (as defined in Section I.F. of the MOU) for each phase, the parties will seek to reach agreement on a partial class settlement concerning the specific GGNRA facilities, programs and/or policies assessed in the pertinent Transition Plan, and to submit these partial agreements to the Court for approval on a phased basis.

The assessment and planning related to Phases I and II was completed in June of 2009, and submitted to Plaintiffs for review. In a telephone conference with Magistrate Judge Chen, held on July 28, 2009, the parties agreed that Plaintiffs would provide Defendants with comments by August 14, 2009, and the parties would thereafter meet and confer to discuss the draft Transition Plan for Phases I and II.

*Gray, et al. v. Golden Gate National Recreational Area,* **Case No.: CV 08 0722**
**JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION, AND [~~PROPOSED~~] ORDER.**

1

Plaintiffs provided Defendants with their comments on August 14, 2009, which comments are currently under review by Defendants. Judge Chen set a date for a Further Settlement Conference to be held telephonically on October 23, 2009, for the parties to discuss their progress in negotiating a resolution of their differences, if any, and attempts to settle claims related to Phases I and II.

Plaintiffs and Defendants continue to agree that it would facilitate their efforts to resolve and settle their differences without the need for further litigation and to narrow substantially any issues that would need to be resolved by the Court if the parties defer further litigation until after they have had an opportunity to review, analyze, and discuss the results of the assessments and plans related to GGNRA, as contemplated in the MOU.

The parties hereby seek a continued stay of the pending litigation during the assessment, planning, and negotiation process outlined above.

The undersigned parties, by and through their counsel of record, hereby request that the Court Order as follows:

That there is a continued stay of the proceedings until further order, with the parties to provide the Court with a joint status report on March 15, 2010.

IT IS SO STIPULATED.

DATED: August 31, 2009

DEPARTMENT OF JUSTICE

Heather R. Phillips
Attorney for Defendants

DATED: August 31, 2009

DISABILITY RIGHTS ADVOCATES

Ronald Elsberry
Attorney for Plaintiffs

**~~(Proposed)~~ ORDER**

*Gray, et al. v. Golden Gate National Recreational Area,* Case No.: CV 08 0722
**JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION, AND [~~PROPOSED~~] ORDER.**

2

**~~(Proposed)~~ ORDER**

IT IS SO ORDERED.

Dated: August 31, 2009

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE ELIZABETH D. LAPORTE
U.S. DISTRICT MAGISTRATE JUDGE

*Gray, et al. v. Golden Gate National Recreational Area,* Case No.: CV 08 0722
**JOINT STATUS REPORT AND STIPULATION RE: CONTINUED STAY OF LITIGATION, AND [PROPOSED] ORDER.**

3