UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI GRAY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-08-0722 EDL (EMC)<br><br>**ORDER SETTING CONFERENCE CALL RE STATUS OF SETTLEMENT DISCUSSIONS** |

　　A conference call is scheduled for **August 2, 2010, at 1:00 p.m.** (Pacific time) before Magistrate Judge Edward M. Chen.

　　The Court will conduct individual (and *not* joint) conference calls with each party's counsel, starting at 1:00 p.m. Counsel is instructed to provide the names and contact information of counsel who will participate in the conference call; the list should be faxed to chambers fax # 415/522-4200 by 10:00 a.m. (Pacific time), Monday, August 2, 2010.

　　IT IS SO ORDERED.

Dated: July 28, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge