LAURENCE PARADIS (CA BAR NO. 122336)
RONALD ELSBERRY (CA BAR NO. 130880)
BECCA VON BEHREN (CA BAR NO. 262149)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

Attorneys for Plaintiffs

BONNIE J. PROBER (NY BAR NO. 4216461)
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone:   (202) 305-0528
Facsimile:   (202) 616-8470
Email:       bonnie.prober@usdoj.gov

Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORI GRAY, PETER MENDOZA, and ANN SIECK, on behalf of themselves, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, NATIONAL PARK SERVICE, FRANK DEAN, in his official capacity as Acting General Superintendent of Golden Gate National Recreational Area, and JON JARVIS, in his official capacity as Director of the National Park Service,<br><br>Defendants. | Case No. C-08-00722 EDL<br><br>**STIPULATION AND REQUEST FOR LEAVE TO FILE THIRD AMENDED COMPLAINT; (PROPOSED) ORDER** |

1  Plaintiffs Lori Gray, Peter Mendoza, and Ann Sieck filed their Second Amended Class
2  Action Complaint on April 25, 2008. Defendants filed an Answer to that Complaint on August
3  5, 2008.
4  In its Case Management and Pretrial Order for Court Trial, filed August 30, 2010, the
5  Court specified: "The last day to file a motion, or stipulation and proposed order, to join other
6  parties or to amend the pleadings shall be September 24, 2010, unless a named Plaintiff's health
7  requires substitution at a later date."
8  Plaintiffs request leave to file the attached Third Amended Complaint to join two
9  additional Plaintiffs: California Council of the Blind ("CCB"), a membership organization, and
10 Marc Sutton, an individual who is blind. Plaintiffs believe that the participation of these
11 Plaintiffs as potential class representatives will contribute to ensuring adequate representation of
12 class members with visual disabilities and assist the Court in assessing the claims of this
13 component of the proposed class.
14 Defendants do not oppose Plaintiffs' request for leave to file their Third Amended
15 Complaint to join the two Plaintiffs specified above. The parties agree that a motion by
16 Plaintiffs seeking leave to file their Third Amended Complaint for this purpose is unnecessary
17 and therefore stipulate to the Court's granting Plaintiffs leave to file such an amended complaint.
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

*Gray, et al. v. Golden Gate National Recreational Area et al.*, Case No. C-08-00722 EDL
**STIPULATION, AND REQUEST FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

1

The undersigned parties, by and through their counsel of record, hereby stipulate to the following and request that the Court order as follows:

That Plaintiffs be granted leave to file the attached Third Amended Complaint to join Plaintiffs California Council of the Blind and Marc Sutton within ten days of entry of this Order.

IT IS SO STIPULATED.

DATED: September 22, 2010         DISABILITY RIGHTS ADVOCATES

_____
Ronald Elsberry
Attorney for Plaintiffs

DATED: September 22, 2010         DEPARTMENT OF JUSTICE

_____
Bonnie J. Prober
Attorney for Defendants

## ~~(Proposed)~~ ORDER

IT IS SO ORDERED.

Dated: September 24, 2010
_____

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*Gray, et al. v. Golden Gate National Recreational Area et al.*, Case No. C-08-00722 EDL
STIPULATION, AND REQUEST FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

2