LAURENCE PARADIS (CA BAR NO. 122336)
RONALD ELSBERRY (CA BAR NO. 130880)
ELIZABETH LEONARD (CA BAR NO. 274757)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

Attorneys for Plaintiffs.

BONNIE J. PROBER (NY BAR NO. 4216461)
JENNIFER B. KAPLAN (CA BAR NO. 253841)
JOSHUA WILKENFELD (NY BAR NO. 4440681)
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone:   (202) 305-7920
Facsimile:   (202) 616-8470
Email:       joshua.i.wilkenfeld@usdoj.gov

Attorney for Defendants.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, *et al.*,<br><br>　　　　　　　Defendants. | No. C-08-00722 EDL<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DUE DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO SET BRIEFING SCHEDULE AND NEW HEARING DATE; [PROPOSED] ORDER** |

1    Pursuant to the Court's Case Management and Pretrial Order for Court Trial, dated
2 August 30, 2010, Plaintiffs' motion for class certification must be filed by January 18, 2011, and
3 the motion is scheduled for hearing on February 22, 2011.
4    The parties hereby stipulate to seek an extension of the due date for the motion for class
5 certification and request that the Court set the following briefing schedule and new hearing date:
6  • Plaintiffs' motion for class certification due February 8, 2011
7  • Defendants' opposition due March 1, 2011
8  • Plaintiffs' reply due March 15, 2011
9    Additionally, upon consultation with the Court's calendar clerk, the parties propose that
10 the hearing on the motion for class certification be heard on Tuesday, April 5, 2011, at 9 a.m.
11 (Not all counsel are available on March 29, 2011.)
12    The parties request this revised schedule because Plaintiffs need additional time to fully
13 prepare their motion and supporting materials, and the parties believe that allowing additional
14 time for the opposition and reply will facilitate a thorough and helpful presentation of all the
15 pertinent issues to the Court.
16    Thus, the undersigned parties, by and through their counsel of record, hereby respectfully
17 request that the Court enter the Proposed Order submitted herewith.
18 IT IS SO STIPULATED.

19 DATED: January 7, 2011                DEPARTMENT OF JUSTICE

20
                                        _____/S/_____
21                                      Joshua Wilkenfeld
                                        Attorney for Defendants
22

23 DATED: January 7, 2011                DISABILITY RIGHTS ADVOCATES

24
                                        _____/S/_____
25                                      Ronald Elsberry*
                                        Attorney for Plaintiffs
26
27 *I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

28

*Gray, et al. v. Golden Gate National Recreational Area, et al.*, Case No.: C 08 00722 EDL
**JOINT STIPULATION AND REQUEST TO EXTEND DUE DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO SET BRIEFING SCHEDULE AND NEW HEARING DATE; [PROPOSED] ORDER**

1

<u>(Proposed)</u> **ORDER**

Upon the stipulation of the parties and for good cause shown, the Court ORDERS that the briefing schedule on the Plaintiffs' motion for class certification is modified as follows:

| Pleading | Due Date |
|---|---|
| Plaintiffs' motion for class certification: | February 8, 2011 |
| Defendants' opposition to class certification: | March 1, 2011 |
| Plaintiffs' brief in reply: | March 15, 2011 |

A hearing on the above motion is hereby scheduled for Tuesday, April 5, 2011, at 9 a.m.

IT IS SO ORDERED.

Dated: January 10, 2011

_____
Judge Elizabeth D. Laporte

IT IS SO ORDERED.

*Gray, et al. v. Golden Gate National Recreational Area, et al.*, Case No.: C 08 00722 EDL
**JOINT STIPULATION AND REQUEST TO EXTEND DUE DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND TO SET BRIEFING SCHEDULE AND NEW HEARING DATE; [PROPOSED] ORDER**

2