LAURENCE PARADIS (CA BAR NO. 122336)
RONALD ELSBERRY (CA BAR NO. 130880)
ELIZABETH LEONARD (CA BAR NO. 274757)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:      (510) 665-8644
Facsimile:      (510) 665-8511
TTY:            (510) 665-8716
Email:          general@dralegal.org

Attorneys for Plaintiffs.

BONNIE J. PROBER (NY BAR NO. 4216461)
JENNIFER B. KAPLAN (CA BAR NO. 253841)
JOSHUA WILKENFELD (NY BAR NO. 4440681)
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone:      (202) 305-0528
Facsimile:      (202) 616-8470
Email:

Attorney for Defendants.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, *et al.*, | No. C-08-00722 EDL |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND REQUEST TO EXTEND NON-EXPERT DISCOVERY DEADLINE; [PROPOSED] ORDER** |
| GOLDEN GATE NATIONAL RECREATIONAL AREA, *et al.*, | |
| Defendants. | |

1        Pursuant to the Court's Case Management and Pretrial Order for Court Trial, dated

2   August 30, 2010, all non-expert discovery shall be completed no later than March 31, 2011.

3        The parties hereby stipulate to seek a limited extension of this discovery deadline, and

4   request that the Court allow the deposition of Ms. Margie Donovan to be scheduled no later than

5   April 6, 2011.

6        Ms. Donovan is a member of the California Council of the Blind, a named Plaintiff in this

7   action.  The parties have met and conferred in an attempt to schedule Ms. Donovan's deposition

8   and have identified April 6, 2011 as a date that accommodates Ms. Donovan's schedule.  The

9   limited extension requested herein will not impact any subsequent deadlines or due dates.

10       Thus, the undersigned parties, by and through their counsel of record, hereby respectfully

11  request that the Court enter the Proposed Order submitted herewith.

12

13  IT IS SO STIPULATED.

14

15  DATED:  March 15, 2011                DEPARTMENT OF JUSTICE

16

17                                        Bonnie Prober
                                          Attorney for Defendants

18

19  DATED:  March 15, 2011                DISABILITY RIGHTS ADVOCATES

20

21                                        Ronald Elsberry
                                          Attorney for Plaintiffs

22

23

24

25

26

27

28

*Gray, et al. v. Golden Gate National Recreational Area, et al.*, Case No.: C 08 00722 EDL
**JOINT STIPULATION AND REQUEST TO EXTEND NON-EXPERT DISCOVERY DEADLINE;
[PROPOSED] ORDER**

1

1    <u>(Proposed)</u> ORDER

2          Upon the stipulation of the parties and for good cause shown, the Court ORDERS that the

3    deposition of Ms. Margie Donovan may be scheduled no later than April 6, 2011.

4

5          IT IS SO ORDERED.

6
     Dated: March __15__, 2011
7

8                                    _Elizabeth D. Laporte_
                                     _____
9                                    ELIZABETH D. LAPORTE
                                     United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*Gray, et al. v. Golden Gate National Recreational Area, et al.*, Case No.: C 08 00722 EDL
**JOINT STIPULATION AND REQUEST TO EXTEND NON-EXPERT DISCOVERY DEADLINE;**
**[PROPOSED] ORDER**