IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI GRAY, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA, et al.<br><br>        Defendants.<br>_____/ | No. C-08-00722-EDL<br><br>**ORDER REGARDING SUPPLEMENTAL BRIEFING FOLLOWING <u>WAL-MART STORES, INC. V. DUKES</u> DECISION** |

During the hearing on Plaintiff's Motion for Class Certification on April 5 and in a follow-up Order dated April 11, 2011, the Court informed the parties that it intended to await the United States Supreme Court's decision in <u>Wal-Mart Stores v. Dukes</u>, or until the end of the Supreme Court's current term, before ruling on the class certification motion. On June 20, 2011, the Supreme Court issued its Order in <u>Wal-Mart Stores v. Dukes</u>, and held that the class in that case was not consistent with Rule 23(a) and should not have been certified, and the respondents' backpay claims were also improperly certified under Rule 23(b)(2). The parties are hereby Ordered to submit supplemental briefs addressing the impact, if any, of the <u>Dukes</u> decision on their previous arguments on class certification. The supplemental briefs shall be filed by July 6, 2011.

**IT IS SO ORDERED.**

Dated: June 22, 2011

                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge