IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORI GRAY, et al.

    Plaintiffs,

v.

GOLDEN GATE NATIONAL RECREATIONAL AREA, et al.

    Defendants.

                             /

No. C-08-00722 -EDL

**ORDER REQUIRING SUPPLEMENTAL OPENING BRIEFING ON MOTION FOR RECONSIDERATION AND AMENDING BRIEFING AND HEARING SCHEDULE**

On September 16, 2011, Defendants filed a Motion for Reconsideration of the Court's Order Granting Plaintiff's Motion for Class Certification based on a recent Ninth Circuit decision, Oliver v. Ralph's Grocery Company. The Court set a hearing on the Motion for Reconsideration for October 18, 2011. Subsequently, Defendants notified the Court of another, more recent Ninth Circuit decision, Ellis v. Costco Wholesale Corp., that they contend also requires reconsideration of the class certification issue and which they propose to address in their Reply.

The Court believes it would be more efficient for Defendants to present their all of their arguments regarding reconsideration – including those relating to Ellis – first, and then allow Plaintiffs to oppose the Motion for Reconsideration (including Defendants' arguments regarding Ellis), prior to any Reply. Thus, the briefing schedule on the Motion to Reconsider is amended as follows:

•     Defendants shall file a supplemental opening brief of no more than ten pages setting forth their arguments regarding Ellis by no later than September 26;

•     Plaintiffs shall file a single opposition to Defendants' opening and supplemental briefs by no later than October 3;

- Defendants shall file a reply by no later than October 11;
- The hearing on the Motion for Reconsideration shall be held at 9:00 a.m. on Friday, October 21.

This Order renders Defendants' Motion to Enlarge Time (Dkt. # 103) MOOT.

**IT IS SO ORDERED.**

Dated: September 21, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

2