LAURENCE PARADIS (CA BAR NO. 122336)
RONALD ELSBERRY (CA BAR NO. 130880)
ELIZABETH LEONARD (CA BAR NO. 274757)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

Attorneys for Plaintiffs.

BONNIE J. PROBER (NY BAR No. 4216461)
BRIAN G. KENNEDY (DC BAR No. 228726)
JONATHAN G. COOPER (DC BAR No. 999764)
JOSHUA WILKENFELD (NY BAR No. 4440681)
Department of Justice
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20001
Telephone:   (202) 305-0528
Facsimile:   (202) 616-8470
Email:       bonnie.prober@gmail.com

Attorney for Defendants.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN GATE NATIONAL RECREATION AREA, *et al.*, <br><br> Defendants. | No. C-08-00722 EDL <br><br> **JOINT STIPULATION AND REQUEST TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR STAY PENDING APPEAL; [PROPOSED] ORDER** |

Pursuant to Local Civil Rule 6-2, the parties, by their undersigned attorneys, hereby stipulate to shorten the time for briefing and hearing on Defendants' Motion for Stay Pending Appeal of this Court's August 30, 2011 Order Granting Plaintiffs' Motion for Class Certification, and November 15, 2011 Order Denying Defendants' Motion for Reconsideration, as follows:

1) Plaintiffs will file their Opposition to Defendants' motion on or before Monday, December 5, 2011;

2) Defendants will file their Reply (if any) in support of the motion on or before Thursday, December 8, 2011; and

3) The Court's schedule permitting, the motion shall be noticed for and heard on Tuesday, December 13, 2011, at 2 p.m.

IT IS SO STIPULATED.

DATED: November 29, 2011

DEPARTMENT OF JUSTICE

_____
Bonnie Prober
Attorney for Defendants

DATED: November 29, 2011

DISABILITY RIGHTS ADVOCATES

_____
Ronald Elsberry
Attorney for Plaintiffs

*Gray, et al. v. Golden Gate National Recreational Area, et al.*, Case No.: C 08 00722 EDL
JOINT STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR STAY PENDING APPEAL; [PROPOSED] ORDER

1

## ~~(Proposed)~~ ORDER

Upon the stipulation of the parties and for good cause shown, the Court ORDERS that the time for briefing and hearing on Defendants' Motion for Stay Pending Appeal be shortened as follows:

1) Plaintiffs will file their Opposition to Defendants' motion on or before Monday, December 5, 2011;

2) Defendants will file their Reply (if any) in support of the motion on or before Thursday, December 8, 2011; and

3) The motion shall be heard on ~~Tuesday, December 13~~ Friday, December 16, 2011, at 2 p.m.

IT IS SO ORDERED.

Dated: November 30, 2011

*signature*
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

*Gray, et al. v. Golden Gate National Recreational Area, et al.*, Case No.: C 08 00722 EDL
JOINT STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR STAY PENDING APPEAL; [PROPOSED] ORDER

2