FILED

UNITED STATES COURT OF APPEALS

FEB 17 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LORI GRAY; et al.,<br><br>   Plaintiffs - Respondents,<br><br> v.<br><br>GOLDEN GATE NATIONAL RECREATIONAL AREA; et al.,<br><br>   Defendants - Petitioners. | No. 11-80287<br><br>D.C. No. 3:08-cv-00722-EDL<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  SCHROEDER and LEAVY, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's November 15, 2011 order denying the motion to reconsider the grant of class action certification.  See Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

ec/MOATT