1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORI GRAY, et al.

        Plaintiffs,

  v.

GOLDEN GATE NATIONAL
RECREATIONAL AREA, et al.

        Defendants.

_____/

No. C 08-00722 EDL

**ORDER REGARDING SCOPE OF
STIPULATION**

     At the hearing on Defendants' Motion to Dismiss on May 22, 2012, this Court ordered the

parties to meet and confer to provide the Court with a stipulation regarding the named Plaintiffs'

visits to the Golden Gate National Recreation Area ("GGNRA").  In letters dated June 14 and June

15, 2012, the parties informed the Court of a disagreement about the scope of the stipulation the

Court had ordered.  Defendants seek a stipulation concerning every place the named Plaintiffs have

visited, planned to visit or were deterred from visiting; every program or activity the named

Plaintiffs participated in, planned to participate in or were deterred from participating in; and every

policy, practice or procedure that has specifically impacted a named Plaintiff.  Such a stipulation

goes beyond what the Court ordered.  The parties should provide the Court with a stipulation

regarding the places within the GGNRA that the named Plaintiffs have actually visited, or had a

plan to visit but were deterred from visiting due to their knowledge of barriers and the like.  <u>See</u>

Transcript at 18.

**IT IS SO ORDERED.**

Dated: June 21, 2012

_Elizabeth D. Laporte_

ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2