LAURENCE PARADIS (CA BAR NO. 122336)
RONALD ELSBERRY (CA BAR NO. 130880)
STUART SEABORN (CA BAR NO. 198590)
CHRISTINE CHUANG (CA BAR NO. 257214)
Disability Rights Advocates
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org
*Attorneys for Plaintiffs*

STUART F. DELERY
Acting Assistant Attorney General
STUART A. LICHT
Assistant Director, Federal Programs Branch
United States Department of Justice, Civil Division
JESSE Z. GRAUMAN (VA BAR NO. 76782)
LEAH J. BRESSACK (MA BAR NO. 681355)
BONNIE J. PROBER (NY BAR NO. 4216461)
BRIAN G. KENNEDY (DC BAR NO. 228726)
JONATHAN G. COOPER (DC BAR NO. 999764)
JOHN K. THEIS (IL BAR NO. 6287528)
Trial attorneys, United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC  20001
Telephone: (202) 514-2849
Fax: (202) 305-8517
Email: jesse.z.grauman@usdoj.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORI GRAY, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>GOLDEN GATE NATIONAL RECREATION AREA, *et al.*, <br><br>Defendants. | Case No. 3:08cv00722 (EDL) <br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINES FOR REMAINING SUMMARY JUDGMENT BRIEFS AS MODIFIED** |

Pursuant to Local Civil Rule 6-2, the parties stipulate to seek an extension of ten (10) days, until and including September 21, 2012, for Defendants to file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment, and corresponding extensions to the remaining two briefing deadlines.  This stipulation is accompanied by a proposed order and by the Declaration of Jesse Z. Grauman ("Grauman Decl."), which details the reasons for the requested extensions and provides the other information required by Local Civil Rule 6-2(a).

On April 5, 2012, the Court ordered that dispositive motions be served and filed by August 14, 2012, that an opposition and a cross-motion for summary judgment be filed by September 11, 2012, that a combined cross-opposition and reply be filed on October 9, 2012, and that a reply to the cross-motion be filed on November 6, 2012.  (ECF No. 138 at 3.)[1]  On August 14, 2012, Plaintiffs moved for summary judgment.  (ECF No. 171.)

The parties stipulate to request an extension of ten days for Defendants to file their combined opposition and cross-motion, until and including September 21, 2012, and corresponding ten-day extensions to the remaining two briefing deadlines.  The grounds for the stipulated request are that unanticipated impediments to the completion of the briefs and supporting declarations recently have arisen for two of Defendants' attorneys and one of Defendants' experts.  Bonnie Prober, lead counsel for Defendants, is expecting a child on September 27, 2012, and, due to complications related to her pregnancy and physician-ordered restrictions, unexpectedly has been required to miss significant periods of work.  Grauman Decl. ¶ 5.  Additionally, over the Labor Day weekend, a member of Brian Kennedy's family passed away.  Id. ¶ 7.  Mr. Kennedy, who will be serving as lead counsel during Ms. Prober's absence, will be traveling to Pittsburgh, Pennsylvania for the funeral, and will be unable to work on this matter for a minimum of two days this week.  Id. ¶¶ 6-7.  In addition, Kim Blackseth,

---

[1] The Court's Order did not specifically state the order in which the parties would proceed; however, the parties agreed that Plaintiffs would file their motion on August 14 and their combined opposition and reply on October 9, and that Defendants would file their combined opposition and cross-motion on September 11 and their reply on November 6.  The Court later clarified this sequence on July 24, 2012. (ECF No. 167.)

*Gray v. Golden Gate National Recreational Area,* **Case No. 3:08cv00722 (EDL)**
**STIPULATION AND REQUEST TO EXTEND DEADLINES FOR REMAINING SUMMARY JUDGMENT BRIEFS**

1

defendants' access expert, has been hospitalized for an extended period and has therefore been unavailable to assist in the preparation of papers in accordance with the current schedule.[2]  Id. ¶ 8. Finally, Defendants are requesting ten (10) days, rather than a shorter period of time, due to the religious holiday of Rosh Hashanah, which will take place on September 17-18; four of Defendants' attorneys expect to be out of the office for either or both of those days due to their observance of the holiday.  Id. ¶ 10 & n.1.[3]

For the above reasons, the parties stipulate to request an extension for Defendants to file their opposition and cross-motion from September 11, 2012 until September 21, 2012.  To accommodate the remaining deadlines for the completion of summary judgment briefing, the parties stipulate to request that the deadline for Plaintiffs' combined opposition and reply brief, currently October 9, 2012, be extended to October 19, 2012, and that the deadline for Defendants' reply brief, currently November 6, 2012, be extended to November 16, 2012.  The parties do not seek to modify the date for the hearing on the parties' motions, which is currently scheduled for December 4, 2012, unless of course the Court wishes to extend that hearing date in light of the modified briefing schedule.

This stipulation is made in good faith and not for the purpose of delay, and is not expected materially to affect the litigation schedule or the disposition, by way of motion or trial, of this action.  Thus, the undersigned parties, by and through their counsel of record, hereby respectfully request that the Court enter the Proposed Order submitted herewith.

IT IS SO STIPULATED.

DATED: September 5, 2012                    DEPARTMENT OF JUSTICE


                                            /S/ Jesse Z. Grauman
                                            Jesse Z. Grauman

---

[2] Additionally, Defendants' supervising attorney, Stuart Licht, will be out of the office for trial in another matter, Deron Sch. of N.J. v. USDA, No. 09-3477 (D.N.J.), beginning on September 10, 2012. Grauman Decl. ¶ 9.
[3] These attorneys will also be observing the holiday of Yom Kippur on September 26, 2012; however, because this date is beyond the period of time that is the subject of the instant motion, Defendants do not foresee any scheduling complications related to this holiday.

*Gray v. Golden Gate National Recreational Area,* **Case No. 3:08cv00722 (EDL)**
**STIPULATION AND REQUEST TO EXTEND DEADLINES FOR REMAINING SUMMARY JUDGMENT BRIEFS**

2

|  |  |
|---|---|
|  | Attorney for Defendants |
| DATED: September 5, 2012 | DISABILITY RIGHTS ADVOCATES |
|  | /S/ Ronald Ellsberry<br>Ronald Elsberry<br>Attorney for Plaintiffs |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

---

*Gray v. Golden Gate National Recreational Area,* **Case No. 3:08cv00722 (EDL)**
**STIPULATION AND REQUEST TO EXTEND DEADLINES FOR REMAINING SUMMARY JUDGMENT BRIEFS**

3

~~(Proposed)~~ **ORDER**

Upon the stipulation of the parties and for good cause shown, the Court ORDERS that the deadlines for the parties remaining summary judgment briefs be extended as follows:

1) Defendants will file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by Friday, September 21, 2012;

2) Plaintiffs will file their combined reply and cross-opposition by Friday, October 19, 2012; and

3) Defendants will file their reply by November 16, 2012.
**4) Hearing on the motions shall be continued to December 17, 2012, at 10:00 a.m.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September __6___, 2012



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

*Gray v. Golden Gate National Recreational Area,* **Case No. 3:08cv00722 (EDL)**
**STIPULATION AND REQUEST TO EXTEND DEADLINES FOR REMAINING SUMMARY JUDGMENT BRIEFS**

4