LAURENCE PARADIS (CA BAR NO. 122336)
STUART SEABORN (CA BAR NO. 198590)
CHRISTINE CHUANG (CA BAR NO. 257214)
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:   (510) 665-8716
Email: general@dralegal.org

*Attorneys for Plaintiffs*

BRIAN G. KENNEDY (DC BAR NO. 228726)
BONNIE PROBER (NY BAR NO. 4216461)
JONATHAN G. COOPER (DC BAR NO. 999764)
JESSE Z. GRAUMAN (VA BAR NO. 76782)
JOHN K. THEIS (IL BAR NO. 6287528)
United States Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 304-3357
Fax: (202) 616-8470
brian.kennedy@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN GATE NATIONAL RECREATION AREA, *et al.*, <br><br> Defendants. | No. C-08-00722 EDL <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: SETTING ADDITIONAL CASE MANAGEMENT CONFERENCE AND REFERRAL TO A MAGISTRATE JUDGE FOR MEDIATION** <br> AS MODIFIED |

# INTRODUCTION

In light of the Court's February 20, 2013 Order on the parties' cross motions for summary judgment, Plaintiffs and Defendants met and conferred regarding next steps in the case. The parties believe that a case management conference would be appropriate to discuss with the Court the next steps in the litigation. Defense counsel, who will be traveling from the District of Columbia, are available during the first week of April if the Court has any available time that week. Otherwise, the parties request the matter be set for the next available time on the Court's calendar.

Additionally, given that the Court's Order limited the scope of the park areas at issue in the case, the parties are willing to engage in additional settlement discussions regarding Plaintiffs' allegations of barriers involving access to GGNRA programs and facilities in the remaining park areas at issue. The parties therefore submit the following stipulation and proposed order.

# STIPULATION

The Parties stipulate that this case be referred to a magistrate judge in this district pursuant to the Northern District of California's Alternative Dispute Resolution Program for mediation.

The Parties also request an additional case management conference be scheduled for the first week of April 2013 or later if that week is not available on the Court's calendar.

IT IS SO STIPULATED.

Dated: March 7, 2013                                    DISABILITY RIGHTS ADVOCATES

                                                        /S/ Laurence Paradis
                                                        Laurence Paradis
                                                        *Attorney for Plaintiffs*

Dated: March 7, 2013                                    DEPARTMENT OF JUSTICE

                                                        /S/ Brian Kennedy
                                                        Brian Kennedy
                                                        *Attorney for Defendants*

[~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation set forth above, the Court hereby schedules a case management conference in this matter on <u>April 17, 2013, at 10:00 a.m.</u>

The Court additionally refers this matter to the Northern District's Alternative Dispute Resolution Program for mediation with ~~a~~ Jacqueline Scott Corley United States Magistrate Judge. IT IS SO ORDERED.

DATED: <u>March 11</u>, 2013

*[signature: Elizabeth D. Laporte]*
Hon. Elizabeth D. Laporte
United States Magistrate Judge

---

*Gray v. Golden Gate National Recreation Area*, Case No. C 08-00722 EDL
JOINT STIPULATION AND [PROPOSED] ORDER RE: SETTING ADDITIONAL CASE
MANAGEMENT CONFERENCE AND REFERRAL TO A MAGISTRATE JUDGE FOR MEDIATION      2