

**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

May 29, 2013

<u>*Via First Class Mail and Email*</u>
Honorable Jacqueline Scott Corley
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

      RE:    *Gray, et al. v. Golden Gate National Recreation Area, et al.*
               Case No. CV 08 0722 (EDL)

Dear Magistrate Judge Corley:

      I am writing in regard to the upcoming settlement conference in the above-referenced matter, which is scheduled for June 24, 2013, at 1:00 pm. As you may recall, this conference was set to begin in the afternoon to allow Defendants' counsel to travel to San Francisco on the morning of June 24. While we greatly appreciate the Court's flexibility and efforts to accommodate our travel schedule, we want to inform the Court that we plan to arrive in San Francisco on Sunday evening, June 23. Accordingly, we are available to begin the settlement conference earlier in the day on June 24. We have consulted with Plaintiffs' counsel and understand that they, too, are available on the morning of June 24. The parties thus request that the conference be reset to begin at 9:30 am, in order to maximize the time for this working session.

      Thank you in advance for your consideration of this request. We look forward to continuing to work with you as the parties seek to achieve a resolution of the remaining claims in this action.

Sincerely,

/s/ Bonnie J. Prober

Bonnie J. Prober
Trial Counsel
Civil Division, Federal Programs Branch

```
The settlement conference shall commence at
9:30 a.m. on June 24, 2013.
Dated: 5/29/2013
```

