UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

LORI GRAY, *et al.*,

                Plaintiffs,

v.

GOLDEN GATE NATIONAL RECREATION AREA, *et al.*,

                Defendants.

Nos. 3:08-cv-00722-EDL & 3:14-cv-00511

**[PROPOSED] CONSOLIDATION ORDER**

Upon the joint motion of both parties, the Court GRANTS the Joint Motion To Consolidate for Settlement Purposes. The cases *Gray v. Golden Gate National Recreation Area*, No. 3:08-cv-00722-EDL, and *Gray v. Golden Gate National Recreation Area*, No. 3:14-cv-00511, are hereby consolidated under this Court's jurisdiction solely for purposes of settlement.

IT IS SO ORDERED.

Dated: <u>Feb. 4</u>, 2014

                */s/ Elizabeth D. Laporte*
                ELIZABETH D. LAPORTE
                United States Magistrate Judge