# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI GRAY, et al., | **Case No. C-08-00722 EDL** |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS FOR PURPOSES OF SETTLEMENT** |
| v. | |
| GOLDEN GATE NATIONAL RECREATION AREA, et al., | |
| Defendants. | |

## [~~PROPOSED~~] ORDER

Upon consideration of the parties' Joint Motion to Stay Proceedings For Purposes of Settlement and for good cause shown, the Court GRANTS the parties' Motion. It is hereby ORDERED that all proceedings in this matter are STAYED until further notice and that all pending deadlines are tolled.

**IT IS SO ORDERED.**

DATED: Feb. 4   , 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge